Darrel J. Bostwick (4543)
Bruce M. Pritchett (6781)
Meagan L. Rudd (10364)
Jonathan R. Rudd (11422)
Nick S. Nielsen (15902)
THE RUDD FIRM, P.C.
10150 Centennial Parkway, Suite 150
Sandy, Utah 84070
Telephone: (801) 676-5337
dbostwick@ruddfirm.com, bpritchett@ruddfirm.com,
meagan@ruddfirm.com, jonathan@ruddfirm.com, nnielsen@ruddfirm.com
*Attorneys for Defendants Ascent Construction, Inc. and Brad L. Knowlton*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY AND FIDELITY AND DEPOSIT COMPANY OF MARYLAND,<br><br>Plaintiff,<br><br>vs.<br><br>ASCENT CONSTRUCTION, INC., BRAD L. KNOWLTON, SHONDELL SWENSON (F/K/A SHONDELL KNOWLTON), J. SCOTT JOHANSEN, and MARLAINE JOHANSEN,<br><br>Defendants. | **STIPULATED EXTENSION OF TIME TO OPPOSE ZURICH'S MOTION FOR TRO**<br><br>Case No. 1:20-cv-00089-DBB<br><br>Judge David B. Barlow |

Pursuant to Local Rule DUCivR 83-6, Plaintiff Zurich American Insurance Company and Fidelity and Deposit Company of Maryland ("Zurich"), together with Defendants Ascent Construction, Inc. ("Ascent") and Brad L. Knowlton ("Brad") hereby stipulate and agree to a short, two-day extension for Ascent and Brad to file their Opposition to Zurich's Motion for TRO/Preliminary Injunction.

1

The basis for the stipulation is the complexity of the issues and the overlength brief filed by Zurich in support of its Motion, requiring more than the usual amount of time to prepare a response.

DATED this 19th day of August, 2020.

    /s/ *Bruce M. Pritchett*
Bruce M. Pritchett
Counsel for Ascent Construction, Inc. and
Brad L. Knowlton

    /s/ *Connor Cantrell* (*by permission*)
Connor Cantrell
Counsel for Zurich American Insurance Co. and
Fidelity and Deposit Company of Maryland

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of August, 2020, a true and correct copy of the attached foregoing document was served by electronic delivery (CM/ECF) to the following:

Connor Cantrell
THE HUSTEAD LAW FIRM

Jon Memmott
Attorney at Law

Sean Peck
PECK HADFIELD BAXTER & MOORE, LLC

David Wahlquist
KIRTON MCCONKIE

               _____/s/ Bruce Pritchett_____