# The United States District Court

## District of Utah

ZURICH AMERICAN INSURANCE COMPANY AND FIDELITY AND DEPOSIT COMPANY OF MARYLAND,

    Plaintiff,

v.

ASCENT CONSTRUCTION, INC.; BRAD L. KNOWLTON; SHONDELL SWENSON f/k/a SHONDELL KNOWLTON,

    Defendants and Third-Party Plaintiffs,

v.

DALLAS KNOWLTON d/b/a PFEIFFERHORN CONSTRUCTION,

    Third-Party Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 1:20-cv-00089-DBB-CMR

District Judge David Barlow

---

    IT IS ORDERED AND ADJUDGED that

(1) judgment is entered in favor of Zurich and against Ascent and Brad Knowlton, jointly and severally, in the amount of $19,014,568.20;
(2) judgment is entered in favor of Zurich and against Ascent, Brad Knowlton, and Swenson, jointly and severally, in the amount of $7,119,450.50.
(3) Swenson's counterclaims against Brad Knowlton are dismissed without prejudice.
(4) Ascent's third-party claims against Dallas Knowlton are dismissed with prejudice.

September 28, 2023

*Date*

BY THE COURT:

    David Barlow
    United States District Judge